IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01788-BNB

TIMOTHY DOYLE YOUNG,

    Applicant,

v.

BUREAU OF PRISONS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT

SEP 10 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Timothy Doyle Young is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence. Mr. Young initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. In an order entered on July 29, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Young to submit a certificate showing the current balance in his prison account. Mr. Young was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Pursuant to Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts, Mr. Young is required to submit a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the he has in any account in the institution.

The Court notes that Mr. Young states on Page Two of the 28 U.S.C. § 1915 Motion that he is unable to comply and refers to Case No. 07-cv-02240-ZLW, Document No. 27. Although in Case No. 07-cv-02240-ZLW Mr. Young claimed he was unable to obtain a certified copy of his account statement, the Court determined that Mr. Young refused to follow the prison procedures for obtaining a certified copy of his account statement. Nonetheless, in a habeas action, as stated above, Mr. Young only is required to submit a certified statement by a warden or other appropriate officer of the institution where he is confined as to the current amount of money on deposit in his inmate trust fund account.

Although Mr. Young has submitted almost 100 exhibits since initiating this action, he has failed to comply with Magistrate Judge Boland's July 29, 2009, Order. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the noted deficiency.

DATED at Denver, Colorado, this 9 day of Sept., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01788-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/10/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk